COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of O.J.P., a Child

Appellate case number:   01-21-00163-CV

Trial court case number:  2016-25857

Trial court:                      246th District Court of Harris County

This is an accelerated appeal from an order terminating the parental rights of appellant, C.D.P.  Appellant has filed her third motion for extension of time to file an appellant's brief, requesting that this Court again extend the deadline for filing appellant's brief.

Appellant's brief was originally due on May 10, 2021.  *See* TEX. R. APP. P. 38.6(a). Appellant requests that this Court extend the deadline for filing appellant's brief to July 14, 2021—sixty-five days past the original due date.  The motion is **GRANTED**.  **Appellant's brief is due on July 14, 2021**.  *See* TEX. R. APP. P. 38.6(a), (d).

**No further extensions will be granted**.

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of March 29, 2021, the date the notice of appeal was filed in this proceeding, so far as reasonably possible.  *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              ☑ Acting individually     ☐ Acting for the Court

Date:  _____June 17, 2021_____